UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD M. THOMAS, | No. 2:13-cv-1645 CKD P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. However, the petition is not signed as required under Rule 11 of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner the court's form-application for writ of habeas corpus by state prisoners;

2. Petitioner is granted 21 days within which to file a signed application for writ of habeas corpus; and

3. Petitioner's failure to comply with this order will result in dismissal.

Dated: August 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/thom1645.uns