UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD M. THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT,<br><br>　　　　　Respondent. | No.  2:13-cv-1645 CKD P<br><br><br>ORDER |

Petitioner has filed an application for writ of habeas corpus under 28 U.S.C. § 2254. However, the petition is not signed as required under Rule 11 of the Federal Rules of Civil Procedure.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. The Clerk of the Court shall send petitioner the court's form-application for writ of habeas corpus by state prisoners;

　　　2. Petitioner is granted 21 days within which to file a signed application for writ of habeas corpus; and

　　　3. Petitioner's failure to comply with this order will result in dismissal.

Dated:  August 14, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/thom1645.uns