IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LLOYD M. THOMAS,**<br><br>                    Petitioner,<br><br>        v.<br><br>**GARY SWARTHOUT,**<br><br>                    Respondent. | Case No. 2:13-cv-01645-CKD<br><br>**ORDER** |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 18, 2013, respondent filed a request for extension of time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

  1. The time for filing respondent's responsive pleading is extended through and including December 11, 2013; and

  2. Petitioner's request for entry of default (ECF No. 13) is denied.

Dated: November 20, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE